IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated, formed and organized under the laws of the State of Michigan; and OWNERS INSURANCE COMPANY, a stock insurance company incorporated, formed and organized under the laws of the State of Ohio,<br><br>    Plaintiffs,<br><br>    v.<br><br>STONE MARTIN BUILDERS, LLC; an Alabama Limited Liability Company; et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:18cv552-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of the joint motion to dismiss without prejudice (doc. no. 20), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety without prejudice, with each party to bear its own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of October, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**